EUGENE S. ALKANA, ESQ. (BAR No. 60411)
LAW OFFICES OF EUGENE S. ALKANA
131 N. EL MOLINO, SUITE 310
PASADENA, CA 91101
TEL: (626) 796-8170
FAX: (626) 795-6138 Fax

Attorney for Plaintiff/Judgment Creditor
REGAL WEST CORP dba
REGAL LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL WEST CORP., dba REGAL LOGISTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIS-USA, ALIS LOGISTICS, LLC, LARRY W. BOECKER, <br><br> Defendants. | CASE NO. 02-575CBM (PJWx) <br><br> (PROPOSED) JUDGMENT <br><br> RENEWAL OF JUDGMENT BY CLERK |

GOOD CAUSE HAVING BEEN FOUND:

The judgment is hereby renewed in favor of Plaintiff REGAL WEST CORP., dba REGAL LOGISTICS, INC., and against Defendants, ALIS-USA, ALIS LOGISTICS, LLC, and LARRY W. BOECKER in the sum of Five Hundred Forty Thousand Dollars ($540,000.00).

Dated: 12/21/11

Lori Muraoka, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

1
(PROPOSED) JUDGMENT